# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FC REAL ESTATE 3, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>CLYDE K. PERKINS, et al.,<br><br>Defendant(s). | Case No.: 2:18-cv-01018-RFB-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a stipulation to serve unknown persons by publication. Docket No. 31; *see also* Docket No. 29. The stipulation is **GRANTED** in part and **DENIED** in part as follows:

- The Clerk's Office is **INSTRUCTED** to issue the summons at Docket No. 31 at 5.
- Service by publication is **ORDERED** to be made in a newspaper of general circulation published in this state at least once a week for four weeks.
- The deadline to effectuate service is **EXTENDED** to October 15, 2018.
- Proof of service is **ORDERED** to be filed by October 15, 2018.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1