# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FC REAL ESTATE 3, LLC,<br>    Plaintiff(s),<br>v.<br>CLYDE K. PERKINS AND GENEVA M. PERKINS, AS TRUSTEES OF THE CLYDE AND GENEVA PERKINS TRUST R-501, et al.,<br>    Defendant(s). | Case No.: 2:18-cv-01018-RFB-NJK<br>**Order**<br>[Docket No. 44] |

Pending before the Court is a motion by Rodney Woodbury to withdraw as counsel for the Perkins Defendants. Docket No. 44. Any response to that motion shall be filed by February 5, 2019, and any reply shall be filed by February 12, 2019. The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on February 19, 2019, in Courtroom 3A. In addition to withdrawing counsel, Defendant Kathryn Ann Davis and a representative for each trust entity must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Court reminds the parties that trustees are not permitted to represent a trust *pro se*. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987); *see also United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

1

Lastly, withdrawing counsel shall serve a copy of this order on each of the Perkins Defendants, and shall file a proof of service by January 31, 2019.

IT IS SO ORDERED.

Dated: January 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge