Rodney S. Woodbury, Esq.
Nevada Bar No. 7216
**WOODBURY LAW**
50 S. Stephanie St., Ste., 201
Henderson, Nevada 89012
(702) 933-0777
(702) 933-0778
rod@woodbury-law.com
*Attorneys for Defendants*
*Clyde and Geneva Perkins Trust R-501,*
*Kathryn Ann Davis, and The*
*Gary D. Stewart and Debra J. Stewart*
*Revocable Living Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FC Real Estate 3, LLC, an Arizona limited liability company,<br><br>         Plaintiff,<br><br>vs.<br><br>Clyde K. Perkins and Geneva M. Perkins, as Trustees of the Clyde and Geneva Perkins Trust R-501; Jonathan A. Hendricks, as Trustee of the John A. Hendricks 1983 Living Trust; Kathryn Ann Davis; Julia Marie Hutchings; Gary D. Stewart and Debra J. Stewart, as Trustees of The Gary D. Stewart and Debra J. Stewart Living Trust, dated the 29th day of October, 1997; United States Department of the Treasury–Internal Revenue Service; and DOES I through X, inclusive,<br><br>         Defendants. | Case No. 2:18-cv-01018-RFB-NJK<br><br><br><br><br>**STIPULATION AND ORDER ALLOWING WOODBURY LAW, LTD. TO WITHDRAW ITS MOTION TO WITHDRAW AS ATTORNEYS OF RECORD AND VACATING THE HEARING ON THE SAME** |

Plaintiff FC Real Estate 3, LLC (the "Plaintiff"), Defendant United States Department of the Treasury–Internal Revenue Service ("IRS"), and Defendants The Clyde and Geneva Perkins Trust R-501, Kathryn Ann Davis and The Gary D. Stewart and Debra J. Stewart Revocable Living Trust dated the 29th day of October, 1997 (collectively, the "Perkins Defendants"), by and through their undersigned counsel, and together with Woodbury Law, Ltd., hereby stipulate and agree to allow Woodbury Law, Ltd. to withdraw its Motion to

Withdraw as Attorneys of Record for the Perkins Defendants (Docket No. 44) (the "<u>Motion</u>") and to vacate the hearing on the Motion currently scheduled by the Court for February 19, 2019 at 11:00 a.m. in Courtroom 3A (<u>see</u> Docket No. 45).

Since the filing of the Motion and its service on the Perkins Defendants, the Perkins Defendants have re-established communication with Woodbury Law, withdrawn their request to terminate Woodbury Law, Ltd.'s services, and executed and delivered the pending settlement and release agreement by and among the parties to this action

Accordingly, Plaintiff, the IRS, the Perkins Defendants, and Woodbury Law, Ltd. respectfully request that the Court accept Woodbury Law's withdrawal of its Motion and that the scheduled February 19, 2019 hearing on the Motion be vacated.

**IT IS SO STIPULATED.**

Dated: February 14, 2019

**FENNEMORE CRAIG, P.C.**

/s/ Brenoch Wirthlin

Brenoch Wirthlin, Esq.
Nevada Bar No. 10282
300 South Fourth Street, #1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated: February 14, 2019

**DAYLE ELIESON**
**United States Attorney**

/s/ Troy Flake

Troy Flake, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. S., Suite 1100
Las Vegas, NV 89101
*Attorneys for Defendant United States*
*Department of the Treasury–*
*Internal Revenue Service*

**WOODBURY LAW**
50 S. Stephanie Street, Suite 201
Henderson, Nevada 89012
(702) 933-0777◆ Fax (702) 933-0778

Dated: February 14, 2019

**WOODBURY LAW, LTD.**

*/s/ Rodney S. Woodbury*
_____

Rodney S. Woodbury, Esq.
Nevada Bar No. 7216
50 S. Stephanie St., Suite 201
Henderson, Nevada 89012
*For itself and as*
*Attorneys for Defendants*
*Clyde and Geneva Perkins Trust R-501,*
*Kathryn Ann Davis, and The*
*Gary D. Stewart and Debra J. Stewart*
*Revocable Living Trust*


**IT IS SO ORDERED.**

Dated: February ___15___, 2019.

_____
United States Magistrate Judge

**WOODBURY LAW**
50 S. Stephanie Street, Suite 201
Henderson, Nevada 89012
(702) 933-0777 ♦ Fax (702) 933-0778