AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FC REAL ESTATE 3, LLC,

           Plaintiff,

  v.

U.S. DEPT. OF THE TREASURY-IRS
CLYDE PERKINS,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01018-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Plaintiff. Defendant Hendricks' 1/2 tenant in common interest in the net sale proceeds should be interplead with this Court upon the closing of escrow; and (2) Defendant Hutchings' 1/24 tenant in common interest in the net sale proceeds: (a) up to the amount of $140,609.84 (total IRS liens), should be delivered to Defendant IRS (through its counsel); and (b) in the unlikely event of a surplus amount payable to Defendant Hutchings, such surplus amount should be interplead with this Court upon the closing of escrow.

IT IS FURTHER ORDERED that any and all other persons not participating in this litigation who may claim any right, title, estate, lien or interest in Property are forever enjoined and restrained from asserting a claim to the Property or sale proceeds in the future.

| | |
|---|---|
| October 1, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |